UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
FEB 27 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AMERICAN PRAIRIE CONSTRUCTION CO., formerly known as North Central Construction, Inc., <br><br> Plaintiff, <br><br> vs- <br><br> TRI-STATE FINANCIAL, LLC and JOHN HOICH, <br><br> Defendants. | CIV 04-1016 <br><br><br><br> AMENDED <br> ORDER AND OPINION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The appellants have submitted two possible versions of a supersedeas bond. The court brought to the attention of counsel in a memorandum dated February 21, 2008, the numerous deficiencies with the bond originally proposed. Appellants have now addressed each such deficiency and have presented to the court a bond in proper order. There remains only a dispute as to whether the penal sum of $2,800,000.00 is adequate. It may not be but, given the financial conditions of the appellants, the court should nevertheless approve the bond.

Now, therefore,

IT IS ORDERED, as follows:

1) The motion to approve the supersedeas bond is granted and the appellants shall forthwith and without delay deliver the original bond to the clerk's office for filing.

2) All other pending motions of the appellants are denied.

Dated this 27th day of February, 2008.

BY THE COURT:

*Charles B. Kornmann*

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: *Barbara [signature]*
　　　DEPUTY
(SEAL)